AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
           Sheet 1

# UNITED STATES DISTRICT COURT

District of _____Colorado_____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>ZACHARY BOVE | **Judgment in a Criminal Case**<br>(For a Petty Offense) — Short Form<br><br>Case No. 15-po-00001 - GPG<br>USM No.<br><br>Pro se<br>Defendant's Attorney |

**THE DEFENDANT:**

■ **THE DEFENDANT** pleaded guilty to count(s)    Count I

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36CFR§4.2 and C.R.S. 42-2-101(1) | Operated a motor vehicle without valid driver license | 07-27-2014 | I |

☐ Count(s) _____ ☐ is  ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

|  | Assessment | Fine |
|---|---|---|
| **Total:** | $ 10.00 | $ $100.00 |

Last Four Digits of Defendant's Soc. Sec. No.: ████

Defendant's Year of Birth: 1989

City and State of Defendant's Residence: _____

January 13, 2015
Date of Imposition of Judgment

_____
Signature of Judge

Gordon P. Gallagher Magistrate Judge
Name and Title of Judge

January 20, 2015
Date